```
Robert P. Doty(148069)
Karleen M. O'Connor(229531)
Cox, Castle and Nicholson, LLP
555 Montgomery Street, Floor 15
San Francisco, CA  94111
(415) 392-4200
```

# UNITED STATES DISTRICT COURT
## NORTHERN  DISTRICT OF CALIFORNIA

REDEVELOPMENT AGENCY OF THE CITY OF FREMONT

v.

UNION PACIFIC RAILROAD

Plaintiff(s)

Defendant(s)

CASE NUMBER:  C 04-04791 SC

### NOTICE OF DISMISSAL BY PLAINTIFF
#### Rule 41(a)(1) F.R.Civ.P.

**PLEASE TAKE NOTICE:**

[x] The above-entitled action is

*or*

[ ] Defendant(s) UNION PACIFIC RAILROAD



IT IS SO ORDERED
Senior Judge Samuel Conti

3/17/05

are

hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: <u>March 16 2005</u>

Plaintiff / Attorney for Plaintiff
Karleen M. O'Connor

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE
BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION
FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

---

**NOTICE OF DISMISSAL BY PLAINTIFF**
**(Rule 41(a)(1), F.R.Civ.P.)**

CV-09 (01/01)

CCD-9